UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION

| | |
|---|---|
| Fabian Navarro,<br><br>    Plaintiff,<br><br>v.<br><br>The Traf Group, Inc. dba Credit America,<br><br>    Defendant. | Case No. 1:15-cv-00130<br><br>**ORDER ON PLAINTIFF'S<br>MOTION FOR DEFAULT JUDGMENT** |

FOR GOOD CAUSE SHOWN, the Court hereby GRANTS Plaintiff's Motion for Default Judgment.

It is ORDERED, ADJUDGED, and DECREED that JUDGMENT against Defendant Regional Recovery Services, Inc., is entered as follows:

- $1,000.00 in statutory damages for violations of the FDCPA;
- $2,820.00 in reasonable attorney fees; and
- $ 470.00 in reasonable costs.

**IT IS SO ORDERED.**

_____
United States District Judge
Northern District of Illinois

Date: 4/8/2015